# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| RUBEN SERRANO, | : No. 596 MAL 2018 |
| | : |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| JOSEPH H. DUPONT, ERIC TICE, S. | : |
| ELLENBERGER, C. WAKEFIELD AND | : |
| CAPTAIN FEAGLEY, | : |
| | : |
| Respondents | : |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 20th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.